IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01020-WYD-KMT

SHELBY DERIDDER,

    Plaintiff,

v.

DELTA ZETA SORORITY NATIONAL HOUSING CORPORATION,
DELTA XI CHAPTER AT THE UNIVERSITY OF NORTHERN COLORADO,
UNIVERSITY OF NORTHERN COLORADO,
THE BOARD OF TRUSTEES OF THE UNIVERSITY OF NORTHERN COLORADO,
and
JOHN AND JANE DOE 1-5,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order of Dismissal, filed on August 13, 2015, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge dated July 8, 2015, is AFFIRMED and ADOPTED.  It is further

ORDERED that judgment is hereby entered in favor of defendants, Delta Zeta Sorority National Housing Corporation; Delta Xi Chapter at the University of Northern Colorado; University of Northern Colorado; the Board of Trustees of the University of Northern Colorado; and John and Jane Doe 1-5, and against plaintiff, Shelby DeRidder. It is further

ORDERED that this case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. It is further

ORDERED that plaintiff's complaint and action are dismissed without prejudice.

ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 14th day of August, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk